# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): Jamey Burdick

**Defendant**(s): George Henry's Plumbing, Heating and Cooling, LLC ; Michael Root ; Sharon Root

County of Residence: Gila

County of Residence: Gila

County Where Claim For Relief Arose: Gila

Plaintiff's Atty(s):

**Michael Zoldan (**Jamey Burdick **)**
Zoldan Law Group, PLLC
14500 N Northsight Blvd, Suite 213
Scottsdale, Arizona  85260
4804423410

**Jason Barrat (**Jamey Burdick **)**
Zoldan Law Group, PLLC
14500 N Northsight Blvd, Suite 213
Scottsdale, Arizona  85260
4804423410

Defendant's Atty(s):

---

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
        Plaintiff:- **N/A**
        Defendant:- **N/A**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **710 Fair Labor Standards Act**

VI. Cause of Action:     **29 U.S.C. §§ 201-219**

VII. Requested in Complaint

Class Action: **No**  
Dollar Demand:  
Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** <u>Jason Barrat</u>

**Date:** <u>01/30/2017</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**