*JAMES BURDICK v. GEORGE HENRY'S PLUMBING, HEATING AND COOLING, LLC, MICHAEL ROOT AND SHARON ROOT*

UNITED STATES DISTRICT COURT CAUSE NO. 2:17-CV-00291-DJH

## INDEX OF EXHIBITS TO
## DEFENDANTS' NOTICE OF PLAINTIFF'S ACCEPTANCE
## OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT

EX 1       Offer of Judgment

EX 2       Plaintiff's Acceptance of Offer of Judgment

Burdick v. George Henry's Plumbing, Heating and Cooling, LLC

2:17-CV-00291-DJH

DEFENDANTS' NOTICE OF PLAINTIFF'S ACCEPTANCE
OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT

# EXHIBIT 1

```
DOUG TOBLER (006196)
HAMMOND & TOBLER, P.C.
1400 E. SOUTHERN AVENUE, SUITE 935
TEMPE, ARIZONA 85282
Telephone:   480-756-2224
Facsimile:   480-752-2293
E-mail:      dtobler@hammondandtobler.com
Attorney for Defendants
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES BURDICK, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HENRY'S PLUMBING, HEATING AND COOLING, LLC, a limited liability company, MICHAEL ROOT and SHARON ROOT, husband and wife,<br><br>Defendants. | Case No.: 2:17-CV-00291-DJH<br><br>OFFER OF JUDGMENT PURSUANT TO RULE 68, *FEDERAL RULES OF CIVIL PROCEDURE* |

TO Plaintiff, James Burdick, and his attorneys of record:

PLEASE TAKE NOTICE THAT, Defendants George Henry's Plumbing, Heating And Cooling, LLC, a limited liability company, Michael Root and Sharon Root ("Defendants") hereby offer to allow entry of judgment to be taken against them pursuant to Rule 68 of the *Federal Rules of Civil Procedure* as follows: a judgment in favor of Plaintiff, James Burdick ("Plaintiff") and against Defendants, jointly and severally, in the sum of $7,500.00 (Seven Thousand Five Hundred Dollars and

.00/100). This shall be the total amount to be paid by Defendants on account of any and all liability claimed in this action, including all costs of suit and attorneys fees otherwise recoverable in this action by Plaintiff.

If Plaintiff does not accept this offer, he may become obligated to pay Defendants' costs incurred after the making of this offer in the event that they do not recover a judgment that is more favorable than this offer of judgment pursuant to Rule 68(d) of the *Federal Rules of Civil Procedure*.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

This offer is not to be construed in any way as an admission of liability by the Defendants, but rather is made solely for the purpose of compromising a disputed claim.

DATED this 5th day of April, 2017.

HAMMOND & TOBLER, P.C.

By_____
Doug Tobler
Attorney for Defendants

**CERTIFICATE OF SERVICE:**

Original of the foregoing mailed and e-mailed the 5th day of April, 2017 to:

Michael Zoldan
Jason Barrat
Jessica Miller
Zoldan Law Group, PLLC
14500 N. Northsight Blvd., Ste. 213
Scottsdale, AZ 85260

*/s/ [signature]*