# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamey Burdick, | **NO. CV-17-00291-PHX-DJH** |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| George Henry's Plumbing, Heating and Cooling LLC, et al., | |
| Defendants. | |

Pursuant to Plaintiff having accepted Defendants' offer of judgment, judgment is hereby entered in favor of Plaintiff and against Defendants George Henry's Plumbing, Heating and Cooling, LLC, Michael Root and Sharon Root in the amount of $7,500.00, and this action is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

April 11, 2017

By    s/ E. Aragon
Deputy Clerk